Laurie Edelstein (Bar No. 164466)
Sarah K. Jackel (Bar No. 289227)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1800
San Francisco, California 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
ledelstein@steptoe.com
sjackel@steptoe.com

Michael Dockterman (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
mdockterman@steptoe.com

*Attorneys for Defendant*
*Pacific Gas and Electric Company*

John Cox (Bar No. 197687)
Nathan R. Jaskowiak (Bar No. 248007)
Alexander J. Bukac (Bar No. 305491)
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Mikal C. Watts (admitted *pro hac vice*)
Francisco Guerra IV (admitted *pro hac vice*)
Mark A. Fassold (admitted *pro hac vice*)
Watts Guerra, L.L.P.
Four Dominion Drive
Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: (210) 527-0500
Facsimile: (210) 527-0501

*Attorneys for Plaintiff*
*Valero Refining Company – California*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERO REFINING COMPANY – CALIFORNIA, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Defendant. | No. 2:17-cv-1350-TLN-EFB<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S MOTION TO DISMISS** |

STEPTOE & JOHNSON LLP
One Market Street, Steuart Tower, Suite 1800
San Francisco, CA 94105

Plaintiff Valero Refining Company – California ("Valero") and defendant Pacific Gas and Electric Company ("PG&E"), by and through their respective counsel of record, hereby agree and stipulate, subject to approval of the Court, that:

1. PG&E shall file and serve any motion to dismiss Valero's Complaint by August 21, 2017 and notice any motion to dismiss for hearing on October 5, 2017;

2. Valero shall file and serve any opposition to any motion to dismiss the Complaint by September 14, 2017;

3. PG&E shall file and serve any reply to Valero's opposition by September 28, 2017.

Dated: August 21, 2017  KEESAL, YOUNG & LOGAN

By: */s/ Alexander Bukac* (as authorized on August 21, 2017)

John Cox
Nathan R. Jaskowiak
Alexander J. Bukac
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000

*Attorneys for Plaintiff Valero Refining Company – California*

Dated: August 21, 2017  STEPTOE & JOHNSON LLP

By: */s/ Laurie Edelstein*

Laurie Edelstein
Sarah K. Jackel
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1800
San Francisco, California 94105
Telephone: (415) 365-6700

Michael Dockterman
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577-1300

*Attorneys for Defendant Pacific Gas and Electric Company*

**IT IS SO ORDERED.**

DATED: August 22, 2017

_____
Troy L. Nunley
United States District Judge