1  JOHN COX, CASB No. 197687
   John.Cox@JCoxLawFirm.com
2  ALEXANDER J. BUKAC, CASB No. 305491
   Alex.Bukac@JCoxLawFirm.com
3  LAW OFFICES OF JOHN COX, P.C.
   3030 Holyrood Drive
4  Oakland, California 94611
   Telephone: (415) 939-6303
5
   MIKAL C. WATTS (*admitted pro hac vice*)
6  mcwatts@wattsguerra.com
   FRANCISCO GUERRA IV (*admitted pro hac vice*)
7  fguerra@wattsguerra.com
   MARK A. FASSOLD (*admitted pro hac vice*)
8  mfassold@wattsguerra.com
   WATTS GUERRA, L.L.P.
9  Four Dominion Drive
   Bldg. 3, Suite 100
10 San Antonio, Texas 78257
   Telephone: (210) 527-0500
11 Facsimile: (210) 527-0501

12 Attorneys for Plaintiff
   VALERO REFINING COMPANY -- CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERO REFINING COMPANY -- CALIFORNIA, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:17−CV−01350−TLN−EFB<br><br>**ORDER GRANTING PLAINTIFF VALERO REFINING COMPANY— CALIFORNIA'S REQUEST TO SEAL DOCUMENTS** |

1    Having reviewed Plaintiff Valero Refining Company—California's Notice of Request to Seal
2 Documents (ECF No. 48) and the associated Request and documents, and good cause appearing
3 therefor, the Court hereby GRANTS Valero's request to seal.
4    The Clerk of the Court is directed to file the two-page document attached as Exhibit A to
5 Plaintiff's Request under seal.
6    This document shall remain under seal for the duration of this litigation.
7    IT IS SO ORDERED.

Dated: February 4, 2019

_____
Troy L. Nunley
United States District Judge