| | |
|---|---|
| Laurie Edelstein (Bar No. 164466)<br>STEPTOE & JOHNSON LLP<br>One Market Plaza<br>Spear Tower, Suite 3900<br>San Francisco, California 94105<br>Telephone: (415) 365-6700<br>Facsimile: (415) 365-6699<br>ledelstein@steptoe.com<br><br>Michael Dockterman (admitted *pro hac vice*)<br>STEPTOE & JOHNSON LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, Illinois 60606<br>Telephone: (312) 577-1300<br>Facsimile: (312) 577-1370<br>mdockterman@steptoe.com<br><br>*Attorneys for Defendant*<br>*Pacific Gas and Electric Company* | John Cox (Bar No. 197687)<br>LAW OFFICES OF JOHN COX, P.C.<br>15 Altarinda Road, Suite 202<br>Orinda, California 94563<br>Telephone: (415) 939-6303<br>john.cox@jcoxlawfirm.com<br><br>Mikal C. Watts (admitted *pro hac vice*)<br>Francisco Guerra IV (admitted *pro hac vice*)<br>Mark A. Fassold (admitted *pro hac vice*)<br>WATTS GUERRA, L.L.P.<br>Four Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, Texas 78257<br>Telephone: (210) 527-0500<br>Facsimile: (210) 527-0501<br>mcwatts@wattsguerra.com<br>fguerra@wattsguerra.com<br>mfassold@wattsguerra.com<br><br>*Attorneys for Plaintiff Valero Refining Company -*<br>*California* |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERO REFINING COMPANY – CALIFORNIA, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Defendant. | No. 17 Civ. 1350 (TLN) (JDP)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate: Hon. Jeremy D. Peterson |

Plaintiff Valero Refining Company – California and defendant Pacific Gas and Electric Company hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, with each party bearing that party's own attorneys' fees and costs.

Respectfully submitted,

Dated: June 3, 2021   By: */s/ Francisco Guerra IV* (as authorized on June 2, 2021)
John Cox
LAW OFFICES OF JOHN COX

Mikal C. Watts
Francisco Guerra IV
Mark A. Fassold
WATTS GUERRA, L.L.P.

*Attorneys for Plaintiff Valero Refining Company – California*

Dated: June 3, 2021   By: */s/ Laurie Edelstein*
Laurie Edelstein
Michael Dockterman
STEPTOE & JOHNSON LLP

*Attorneys for Defendant Pacific Gas and Electric Company*